Case 1:25-cr-00250-SLS     Document 1-1

Case: 1:25-mj-00164
Assigned To : Judge Harvey, G. Michael
Assign. Date : 8/23/2025
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF FACTS

On Thursday, August 21st, 2025, members of the Robbery Suppression Unit ("RSU") of the Metropolitan Police Department ("MPD") were working the evening tour of duty. Members were joined by special agents from the Bureau of Alcohol, Tobacco, Firearms and Explosives, the Federal Bureau of Investigation, and the Department of Homeland Security – Homeland Security Investigations ("HSI").

At approximately 8:30 p.m., members of RSU and other law enforcement agencies were patrolling, by car, the area around the 4000 block of South Capitol Street SW, in Washington, D.C. Members of RSU are aware that in Patrol Service Area ("PSA") 708, which includes the 4000 block of South Capitol Street SW, there were 22 reported violent crimes within the past six months, including three homicides, 14 assaults with dangerous weapons, and five robberies.

Members of RSU were dressed in plain clothes wearing police outer vests with the word "POLICE" written on the front and back, clearly visible for the eye to see, while other agents in support were also in plainclothes and wearing vests denoting their law enforcement affiliation. Your affiant was seated in the rear passenger side of an unmarked squad car with Investigator Eddie Choi (driver), Investigator Robert Marsh (front seat passenger), and HSI Special Agent Paul Lawrence. In a separate, marked squad car, in close proximity, were MPD Investigator Josue Hernandez-Martinez (driver), Investigator Jose Alpizar (front seat passenger) HSI Special Agent Michael Molina (rear driver's side passenger) and HSI Special Agent Serena Liss (rear passenger side passenger). Other agents and officers were also present and patrolling in additional marked and unmarked vehicles. All vehicles were equipped with emergency lights and sirens.

During that patrol, RSU members and other agents, including your affiant, were traveling in the 4000 block of South Capitol Street SW when they observed a female and male, the latter of whom will be referred to as Defendant Darious Phillips, walking northbound on South Capitol Street SW toward the intersection between South Capitol Street SW and Atlantic Street SW. MPD Investigators Choi and Marsh observed that Defendant Phillips appeared to notice the cars, after which Defendant Phillips pulled the woman he was with closer to his person, placed his right hand into his right jacket pocket, and made a downward pushing motion. Additionally, Defendant Phillips proceeded to walk at a faster pace away from the car. At the time, all members were still inside of their police vehicles.

At that point, believing that Defendant Phillips was concealing an illegal firearm, Investigator Choi briefly stopped his car, and your affiant and Investigator Marsh got out to contact Defendant Phillips. Upon seeing your affiant and Investigator Marsh exiting the vehicle, the Defendant immediately took flight on foot northbound on South Capitol Street SW toward the intersection with Atlantic St. SW. As the Defendant took flight, Investigators Alpizar and Martinez, who were still driving northbound on the 4000 block of South Capitol St. SW, in parallel to Defendant Phillips, saw Defendant Phillips remove what they recognized to be a black firearm with an extended magazine and hold it in his right hand as he was running. Investigator Martinez saw Defendant Phillips then make a tossing motion after which they could no longer see the firearm.

Defendant Phillips fled westbound on Atlantic Street SW from South Capitol St. SW, at which point law enforcement agents apprehended him.  Once Defendant Phillips was secured, RSU members and other agents proceeded to canvass the Defendant's flight path where he was observed discarding the firearm.  During the canvass, Investigator Alpizar observed a black firearm in a grassy area on the west side of 4000 block of South Capitol St. SW where Phillips had been running approximately two minutes after observing the toss.  He immediately recognized the firearm to be the same firearm that he saw Defendant Phillips discard.  Investigator Alpizar voiced the predetermined code word for the presence of a firearm to other RSU members.  Investigator Martinez recovered the firearm on scene and transported it for processing.

DFS CSU#53 Mcneill processed the firearm, which was discovered to be a Masterpiece Arms model Mac9, semi-automatic pistol, serial number: FX06275.  The firearm was chambered with one (1) round of 9mm ammunition, and (18) additional rounds of 9mm ammunition in an unknown high-capacity magazine.  It is pictured below.



The firearm appeared to be fully functional, able to be fired with one hand, had a barrel length less than 12 inches, and capable of expelling a projectile by means of explosion.  It should additionally be noted that there are no firearm or ammunition manufacturers in the District of Columbia and therefore, the firearm and ammunition in this case would have traveled in interstate

commerce. All of the aforementioned events occurred within the jurisdictional limits of the District of Columbia.

Defendant was identified by word of mouth and was not carrying any form of identification when arrested. Agents later confirmed his identity and his date of birth (███████ through a WALES/ NCIC check.

A criminal history check was also conducted on Defendant Phillips that revealed Defendant Phillips was previously convicted in D.C. Superior Court Case No. 2018 CF1 017601 for Aggravated Assault While Armed, which is punishable by a term of imprisonment exceeding one year. Defendant Phillips received a sentence of 60 months' incarceration, to be followed by a period of five years of supervised release.

Respectfully Submitted,

_____
Special Agent Ryan Azmoudeh
Department of Homeland Security – Homeland Security Investigations

Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on August 23, 2025.

_____
G. Michael Harvey
UNITED STATES MAGISTRATE JUDGE