UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES,**<br><br>Plaintiff,<br><br>v.<br><br>**DARIOUS PHILLIPS,**<br><br>Defendant. | No. 25-cr-0250 |

**ORDER**

On August 21, 2025, law enforcement arrested Mr. Phillips on a probable cause finding of their own.

On August 23, 2025, the government presented a criminal complaint to the court, which the court approved.

On August 25, 2025, Mr. Phillips appeared before the undersigned for his initial appearance. Mr. Phillips expressed concerns at that hearing about his safety and health. In turn, the undersigned entered a Medical Alert to the D.C. Department of Corrections. Given Mr. Phillips' concerns, the Court set a detention hearing for the next day. Pursuant to the Bail Reform Act, the Defendant was held in custody pending the next hearing.

On August 26, 2025, the Court called the detention hearing, however, Mr. Phillips was not present. The Court was informed that Mr. Phillips had an apparent medical issue that precluded him from being brought to court. The Court continued the hearing to the next day to ensure Mr. Phillips would be present.

On August 27, 2025, the Court again called the detention hearing, however, Mr. Phillips again was not brought to court. The Court was informed that Mr. Phillips was suffering from a

medical issue. The Court continued the matter to September 2, 2025, to give the parties time to ascertain what was happening with Mr. Phillips.

On September 2, 2025, the Court again called the detention hearing, however, Mr. Phillips again was not brought to court. The Court learned that Mr. Phillips had been admitted to a hospital for an undisclosed medical condition. As such, the Court again continued Mr. Phillips' detention hearing to September 9, 2025.

On September 9, 2025, the Court again called the detention hearing, however, Mr. Phillips again was not brought to court. The Court received contradictory information about Mr. Phillips' location. He was either at the hospital or the jail. Regardless, he was not in court. Mr. Phillips' lawyer had not received any information about Mr. Phillips' status or location.

Because nothing can be taken for granted in the current moment, it bears repeating that: Mr. Phillips is presumed innocent; his lawyer has a right to know where he is; and Mr. Phillips has a right to medical care. The Court is concerned about these rights, among others.

Given the Court's concerns, it is hereby ORDERED that a representative from the United States Marshall Service and a representative from the D.C. Department of Corrections shall appear before the undersigned on September 10, 2025 at 3:00 pm in Courtroom 4. Borth parties shall be prepared to explain where Mr. Phillips has been, why he was moved between the jail and various medical facilities, and, if Mr. Phillips cannot appear tomorrow, why he is not present.

Date: September 9, 2025

_____
ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE